IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEN CARTER,            )
                       )
    Plaintiff,         )
                       )
v.                     )   NO. 09-cv-597-JPG-DGW
                       )
                       )
AMCO INSURANCE COMPANY,)
                       )
    Defendant.         )

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice, without costs.

DATED:   February 14, 2011

                                                NANCY ROSENSTENGEL, Clerk of Court

                                                By:s/Deborah Agans, Deputy Clerk


APPROVED:   *s/J. Phil Gilbert*
                  J. PHIL GILBERT
                  U. S. DISTRICT JUDGE